# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN RIDGE GROWERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL JUICE CONCENTRATES, INC. et al., <br><br> Defendants. | Case No. 2:12-cv-5248-ODW(JEMx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF SERVICE OF PROCESS ON DEFENDANT CARLOS ORTIZ** |

On June 15, 2012, Plaintiff Kern Ridge Growers, LLC filed a Complaint in this Court against Defendants International Juice Concentrates, Inc. and Carlos Ortiz. Plaintiff never served Ortiz with the Complaint.

Kern Ridge Growers filed a Motion for Service by Publication and Extension of Time to Serve Summons on Defendant Carlos Martinez on December 7, 2012. (ECF No. 9.) The Court struck the Motion on December 11, 2012 for failure to select the correct event upon e-filing the Motion. (ECF No. 10.)

On December 27, 2012, Kern Ridge Growers filed an Ex Parte Application for Order Extending Time to Serve Summons and for Right to Serve Summons by Publication on Defendant Carlos Oritz. (ECF No. 12.) The Court denied the Application on January 4, 2013, finding that Plaintiff failed to establish that it employed all reasonable diligence in attempting to personally serve Ortiz. (ECF No. 13.)

To date, Kern Ridge Growers has neither personally served Ortiz nor filed a motion to extend the time for service. Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed, or else the

Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on June 15, 2012—230 days ago. Accordingly, Kern Ridge Growers is hereby **ORDERED TO SHOW CAUSE** in writing no later than February 8, 2013, why Defendant Ortiz has not been timely served. Or if Defendant Ortiz has been timely served, Kern Ridge Growers has until February 8, 2013 to file the proof of service. No hearing will be held. Failure to respond will result in the dismissal of the action.

**IT IS SO ORDERED.**

February 1, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**